UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ADRIAN PEZZICA individually and on
behalf of all others similarly situated,

                                                                              No. 17 CV 8769-LTS-JLC

                    Plaintiff,

        -against-                                         ORDER OF DISMISSAL

STEPHEN EINSTEIN & ASSOCIATES,
P.C.,

                    Defendant.

-------------------------------------------------------x

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs as to Defendant and to the individual Plaintiff, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within forty-five (45) days of the date of this Order.  This action is dismissed without prejudice as to other members of the putative class.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this forty-five (45)-day period expires.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

        SO ORDERED.

Dated: New York, New York
       January 22, 2018

                                                                   /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 United States District Judge